BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
RAYMOND E. PATRICCO, DISTRICT OF COLUMBIA BAR NO. 454792
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV, SUITE 600
800 EAST PARK BOULEVARD
BOISE, IDAHO 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208)334-1413

U.S. COURTS

DEC 11 2019

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAL ALAN MOORE,<br><br>Defendant. | Case No. CR 19-0401-S BLW<br><br>**INDICTMENT**<br><br>18 U.S.C. § 1708 |

The Grand Jury charges:

### COUNT ONE

**Theft of Mail**
**18 U.S.C. § 1708**

On or about November 5, 2019, in the District of Idaho, the defendant, MICHAL ALAN MOORE, did steal and take from a United States Postal Service mail carrier, on his mail route and while located at 200 North 3rd Street, Boise, Idaho, a tub containing mail matter.

All in violation of Title 18, United States Code, Section 1708.

## COUNT TWO

### Possession of Stolen Mail
### 18 U.S.C. § 1708

On or about November 5, 2019, in the District of Idaho, the defendant, MICHAL ALAN MOORE, did unlawfully have in his possession, at 203 W. Main Street, Boise, Idaho, a tub containing mail matter which had been stolen and taken from a United States Postal Service mail carrier, knowing the said mail matter to have been stolen and taken.

All in violation of Title 18, United States Code, Section 1708.

Dated this 10th day of December, 2019.

A TRUE BILL

*/s/ [signature on reverse]*

FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

RAYMOND E PATRICCO
ASSISTANT UNITED STATES ATTORNEY

INDICTMENT - 2