# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | |
| MICHAL ALAN MOORE | 1:19-cr-00401-BLW |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **MICHAL ALAN MOORE** and bring forthwith to the nearest magistrate judge to answer an **INDICTMENT** charging with the below listed violation.

18 U.S.C. § 1708 THEFT OF MAIL
18 U.S.C. § 1708 POSSESSION OF STOLEN MAIL



United States Courts
District of Idaho
**ISSUED**
Crystal Hall
on Dec 11, 2019 2:15 pm

| | |
|---|---|
| Crystal Hall, Deputy Clerk | December 11, 2019 |
| Name and Title of Issuing Officer | Date |

---

**RETURN**

---

This warrant was received _12-11-19_ and executed with the arrest of the above-name individual at _____.

Subject taken into custody in Owyhee County, ID by Owyhee County SO/USPIS

_2-21-2020_   Darin Soloman

| | |
|---|---|
| Signature of Arresting Officer | Date of Arrest |

_____
Name & Title of Arresting Officer