BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
RAYMOND E. PATRICCO, DISTRICT OF COLUMBIA BAR NO. 454792
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, IDAHO 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208)334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAL ALAN MOORE,<br><br>        Defendant. | Case No. 1:19-cr-00401-BLW<br><br>**CRIMINAL INFORMATION**<br><br>18 U.S.C. § 1701 |

The United States Attorney charges:

### COUNT ONE

### Obstruction of Passage of Mail
### 18 U.S.C. § 1701

On or about November 5, 2019, in the District of Idaho, the defendant, MICHAL ALAN MOORE, did knowingly and willfully obstructs and retards the passage of the mail, and any carrier or conveyance carrying the mail, to wit: taking a tub of outgoing mail in the possession of a mail carrier on his route, all in violation of Title 18, United States Code, Section 1701.

**INFORMATION - 1**

Dated this  6th  day of August, 2020.

                                        BART M. DAVIS
                                        UNITED STATES ATTORNEY
                                        By:

                                        /s/ Raymond E. Patricco
                                        RAYMOND E PATRICCO
                                        ASSISTANT UNITED STATES ATTORNEY

**INFORMATION - 2**