# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | *WARRANT FOR ARREST* |
| v. | |
| MICHAL ALAN MOORE | 1:19-CR-00401-REB |



**RECEIVED**
By United States Marshals Service D/ID at 3:50 pm, Jul 21, 2022

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **MICHAL ALAN MOORE** and bring forthwith to the nearest magistrate judge to answer **PETITION ON SUPERVISED RELEASE** charging with the below listed violation.

VIOLATION OF THE TERMS AND CONDITIONS OF PETITION ON SUPERVISED RELEASE

United States Courts
District of Idaho
**ISSUED**
Laura McInnes
on Jul 21, 2022 3:36 pm

July 21, 2022

Date

## RETURN

This warrant was received _21 July 22_ and executed with the arrest of the above-name individual at _Marsing, ID_.

_[signature]_
Signature of Arresting Officer

27 July 22
Date of Arrest

BAXLEY, Paul L., cDnsm
Name & Title of Arresting Officer